UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LAWRENCE HOLDINGS, INC., SNAPPY MATERIALS, LLC, TICO TITANIUM, INC., SUPRA ALLOYS, INC. and ALLOY METALS, INC.<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>ASA INTERNATIONAL, LTD.; KHAMELEON SOFTWARE, INC; ASA AUTOMOTIVE SYSTEMS, LLC; ASA PROPERTIES, INC.; 10 SPEEN STREET LLC; ALFRED C. ANGELONE; CHRISTOPHER CRANE; AND TERRANCE MCCARTHY<br><br>　　　Defendant. | No. 8:14-cv-01862-VMC-EAJ |

## **UNOPPOSED MOTION TO WITHDRAW APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST**

Pursuant to Local Rule 2.03(b), William C. Haggerty, Esq., Katherine M. Harwood, Esq., Neil Tardiff, Esq. and the law firm Ford, Walker, Haggerty & Behar (collectively Ford, Walker) move to withdraw as local counsel in this case and to be removed from the service list.

　　1.　　Ford, Walker entered its appearance in this case on behalf of all Defendants in association with the law firm of Johnson, Pope, Baker, Ruppel & Burns, LLP by way of filing an Answer to the Complaint on November 13, 2014.

　　2.　　Defendants now wish to have this matter handled by the counsel located in Clearwater, Florida for all purposes and stop their representation by Ford, Walker.

3. Thus there is no further need for Ford, Walker to continue to serve as counsel for defendants and thereby, with agreement of all Defendants, Ford, Walker moves for leave of Court to withdraw and requests to be removed from the service list, electronically and otherwise, from the above-referenced case.

4. WHEREFORE, Ford, Walker requests that it be given consent to withdraw as counsel and be relieved of all further responsibility for the representation of Defendants, and that it be removed from the service list, electronically and otherwise, from the above-referenced case. A proposed order is attached as Exhibit "A."

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2014 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: December 19, 2014          Respectfully submitted:

BY: /s/ William C. Haggerty
William C. Haggerty
California Bar No. 76652
bill@fwhb.com
Katherine M. Harwood
California Bar No. 225202
kharwood@fwhb.com
Neal S. Tardiff
California Bar No. 94350
neil@tardifflaw.com
FORD, WALKER, HAGGERTY &
BEHAR
One World Trade Center, 27th Floor
Long Beach, California 90831-2700
Tel. (562) 983-2500
Fax (562) 590-3597

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
Guy Burns
Florida Bar No. 0160901
guyb@jpfirm.com
Robert V. Potter Jr.
Florida Bar No. 0363006
bobp@jpfirm.com
Post Office Box 1368
Clearwater, Florida 33757
Telephone: (727) 461-1818
Fax: (727) 462-0365

Attorneys for Defendants,
ASA INTERNATIONAL, LTD.;
KHAMELOEN SOFTWARE, INC;
ASA AUTOMOTIVE SYSTEMS, LLC;
ASA PROPERTIES, INC.; 10 SPEEN
STREET LLC; ALFRED C. ANGELONE;
CHRISTOPHER CRANE;
and TERRANCE McCARTHY

## SERVICE LIST

Marc J. Weinstein, Esq.
Mweinstein@dilworthlaw.com
Joshua D. Wolson, Esq.
Jwolson@dilworthlaw.com
Jordan M. Rand, Esq.
Jrand@dilworthlaw.com
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
(215) 575-7000; (213) 575-7200 Fax
Attorney for Plaintiffs

Michael C. Addison
m@mcalaw.net
ADDISON & HOWARD, P.A.
400 N. Tampa St., Suite 1100
Tampa, Florida 33602-4714
(813) 223-2000; (213) 228-6000 Fax
Local Counsel for Plaintiffs

Neil Tardiff, Esq.
neil@tardifflaw.com
TARDIFF LAW OFFICES
P.O. Box 1446
San Luis Obispo, California 93406
(805) 544-8100; (805) 544-4381 Fax
Co-attorney for Defendants

Guy Burns
guyb@jpfirm.com
Robert V. Potter Jr.
bobp@jpfirm.com
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
Post Office Box 1368
Clearwater, Florida 33757
(727) 461-1818; (727) 462-0365 Fax
Local counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LAWRENCE HOLDINGS, INC., SNAPPY MATERIALS, LLC, TICO TITANIUM, INC., SUPRA ALLOYS, INC. and ALLOY METALS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>ASA INTERNATIONAL, LTD.; KHAMELEON SOFTWARE, INC; ASA AUTOMOTIVE SYSTEMS, LLC; ASA PROPERTIES, INC.; 10 SPEEN STREET LLC; ALFRED C. ANGELONE; CHRISTOPHER CRANE; AND TERRANCE MCCARTHY<br><br>Defendant. | No. 8:14-cv-01862-VMC-EAJ |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST

THIS CAUSE having come before the Court on William C. Haggerty, Esq., Katherine M. Harwood, Esq., Neil Tardiff, Esq. and the law firm of Ford, Walker, Haggerty & Behar's Unopposed Motion to Withdraw Appearance and Request for Removal from Service List. This Court having considered the motion and all other relevant factors, it is hereby:

ORDERED AND ADJUSTED that:

1. The Motion is granted.

**Exhibit "A"**

2. William C. Haggerty, Esq., Katherine M. Harwood, Esq., Neil Tardiff, Esq. and the law firm of Ford, Walker, Haggerty & Behar shall no longer be counsel of record for Defendants and are hereby relieved from all further responsibility for the representation of Defendants in this action.

3. The Clerk is directed to remove William C. Haggerty, Esq., Katherine M. Harwood, Esq., Neil Tardiff, Esq. and the law firm of Ford, Walker, Haggerty & Behar from the service list.

DONE AND ORDERED in Chambers at Tampa, Florida, this ___ day of _____, 2014.

                                                                                  _____
                                                                                  Virginia M. Covington
                                                                                  United States District Judge

Copies furnished to:  See attached Service List

## SERVICE LIST

Marc J. Weinstein, Esq.
Mweinstein@dilworthlaw.com
Joshua D. Wolson, Esq.
Jwolson@dilworthlaw.com
Jordan M. Rand, Esq.
Jrand@dilworthlaw.com
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
(215) 575-7000; (213) 575-7200 Fax
Attorney for Plaintiffs

Michael C. Addison
m@mcalaw.net
ADDISON & HOWARD, P.A.
400 N. Tampa St., Suite 1100
Tampa, Florida 33602-4714
(813) 223-2000; (213) 228-6000 Fax
Local Counsel for Plaintiffs

Exhibit "A"

Neil Tardiff, Esq.
neil@tardifflaw.com
TARDIFF LAW OFFICES
P.O. Box 1446
San Luis Obispo, California 93406
(805) 544-8100; (805) 544-4381 Fax
Co-attorney for Defendants

Guy Burns
guyb@jpfirm.com
Robert V. Potter Jr.
bobp@jpfirm.com
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
Post Office Box 1368
Clearwater, Florida 33757
(727) 461-1818; (727) 462-0365 Fax
Local counsel for Defendants

Exhibit "A"