UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LAWRENCE HOLDINGS, INC., SNAPPY MATERIALS, LLC, TICO TITANIUM, INC., SUPRA ALLOYS, INC. and ALLOY METALS, INC.<br><br>    Plaintiffs,<br><br>vs.<br><br>ASA INTERNATIONAL, LTD.; KHAMELEON SOFTWARE, INC; ASA AUTOMOTIVE SYSTEMS, LLC; ASA PROPERTIES, INC.; 10 SPEEN STREET LLC; ALFRED C. ANGELONE; CHRISTOPHER CRANE; AND TERRANCE MCCARTHY<br><br>    Defendant. | No. 8:14-cv-01862-VMC-EAJ |

**STIPULATED MOTION FOR ENTRY OF ORDER
DISMISSING CASE WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs, LAWRENCE HOLDINGS, INC., SNAPPY MATERIALS, LLC, TICO TITANIUM, INC., SUPRA ALLOYS, INC. and ALLOY METALS, INC. and Defendants, ASA INTERNATIONAL, LTD.; KHAMELEON SOFTWARE, INC; ASA AUTOMOTIVE SYSTEMS, LLC; ASA PROPERTIES, INC.; 10 SPEEN STREET LLC; ALFRED C. ANGELONE; CHRISTOPHER CRANE; AND TERRANCE MCCARTHY hereby stipulate to the entry of the attached order dismissing with prejudice of all claims in the above-captioned action. Each party shall bear his, her or its own attorneys' fees and costs.

| /s/ Joshua Wolson | /s/ Robert V. Potter Jr. |
|---|---|
| JOSHUA WOLSON, PBN 84998<br>DILWORTH PAXSON LLP<br>1500 MARKET STREET<br>SUITE 3500E<br>PHILADELPHIA, PA 19102<br>TEL: (215) 575-7295<br>FAX: (215) 575-7200<br>ATTORNEYS FOR PLAINTIFFS | Robert V. Potter, Jr., FBN 0363006<br>JOHNSON, POPE, BOKOR,<br>RUPPEL & BURNS, LLP<br>Post Office Box 1100<br>Tampa, Florida  33601-1100<br>Telephone:(813) 225-2500<br>Facsimile:(813) 223-7118<br>Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2015 I filed the foregoing stipulation using the CM/ECF electronic filing system, which will serve a copy of the foregoing on all counsel registered for service.

    /s/ Robert V. Potter Jr.
Robert V. Potter, Jr., FBN 0363006
Email 1:  BobP@jpfirm.com
Email 2: JanM@jpfirm.com
**JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP**
Post Office Box 1100
Tampa, Florida  33601-1100
Telephone:     (813) 225-2500
Facsimile:      (813) 223-7118
*Attorneys for Defendants*