UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LAWRENCE HOLDINGS, INC., SNAPPY MATERIALS, LLC, TICO TITANIUM, INC., SUPRA ALLOYS, INC. and ALLOY METALS, INC.<br><br>    Plaintiffs,<br><br>vs.<br><br>ASA INTERNATIONAL, LTD.; KHAMELEON SOFTWARE, INC; ASA AUTOMOTIVE SYSTEMS, LLC; ASA PROPERTIES, INC.; 10 SPEEN STREET LLC; ALFRED C. ANGELONE; CHRISTOPHER CRANE; AND TERRANCE MCCARTHY<br><br>    Defendant. | No. 8:14-cv-01862-VMC-EAJ |

## ORDER DISMISSING CASE WITH PREJUDICE

The Court has been advised that a settlement was reached by the parties during court ordered mediation. Additionally, the parties have filed a stipulation for entry of an order dismissing this case with prejudice (Dkt. 66). Accordingly this case is dismissed with prejudice.

DONE AND ORDERED in chambers this ___ day of April, 2015.

                                                                Virginia M. Hernandez Covington
                                                United States District Judge

Copies: All Counsel of Record